1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  TONY XIMENEZ,                          No. 2:12-CV-3029-MCE-CMK-P

12               Petitioner,

13        vs.                              <u>ORDER</u>

14  DEPARTMENT OF CORRECTIONS,

15               Respondent.

16  _____/

17               Petitioner, a state prisoner proceeding pro se, brings this apparent petition for a

18  writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19               Petitioner seeks the appointment of counsel.  There currently exists no absolute

20  right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453,

21  460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any

22  stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254

23  Cases.  In the present case, the court does not find that the interests of justice would be served by

24  the appointment of counsel at the present time.

25  / / /

26  / / /

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

2  of counsel (Doc. 3) is denied without prejudice to renewal, at the earliest, after a response to the

3  petition has been filed.

4

5   DATED:  March 18, 2013

6

7                                                    CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26